**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2026 MAY -7 PM 2: 34

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____

(To be supplied by the court)

Clemons, Reynald, M.

_____, Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
**YES___ Yes, ___ No**

The Honorable Hegseth, Peter (Pete), B., Secretary of War (NOTE: Secretary of War title currently utilized by Trump Administration.  For official purposes, it should be noted the title of Secretary of Defense is currently approved by Congress with effective date of August 10, 1949) to present,_____

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**EMPLOYMENT DISCRIMINATION COMPLAINT**

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

_____Clemons, Reynald M., 232 South Monroe Street, Denver, Colorado 80209_____
(Name and complete mailing address)

(303) 257-9844, reynaldmc@msn.com_____
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: _____Honorable Hegseth, Peter (Pete), B., Secretary of War, two (2) addresses identified: Address 1: 1000 Defense Pentagon, Washington, DC 20301-1000, and Address 2: 1600 Pennsylvania Avenue NW, Washington, DC 20500_____
(Name and complete mailing address)

_____Two (2) phone numbers identified: Phone Number 1: (202) 456-1111, and Phone Number 2: (703) 571-3343_____
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.
(employment discrimination on the basis of race, color, religion, sex, or national origin)

____    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment

discrimination on the basis of a disability)

__X__ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq.
(employment discrimination on the basis of age)

____ Other: (*please specify*) _____

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts
that support each claim. If additional space is needed to describe any claim or to assert
additional claims, use extra paper to continue that claim or to assert the additional claim(s).
Please indicate that additional paper is attached and label the additional pages regarding the
statement of claims as "D. STATEMENT OF CLAIMS."*

**Brief Overview**: This Employment Discrimination Complaint form includes Five (5)
discriminatory and/or retaliatory CLAIMS including but not limited to the Complainant being
subjected to multiple discriminatory threats by evil and corrupt Defense Contract Management
Agency (DCMA – Federal Agency) officials, the Complainant specifically denied multiple equal
employment opportunities, and the Complainant repeatedly retaliated against by additional evil
and corrupt discriminatory DCMA officials who submitted false and retaliatory EEO related
allegations to the Defense Counterintelligence and Security Agency (DCSA) resulting in
Complainant's secret security clearance revocation and Agency wrongful termination. In
addition, the Complainant experienced a severe hostile working environment throughout the 10-
year period from calendar year 2016 through the date of Complainant's wrongful termination
(effective date of February 1, 2025). The complaints are further described below, as follows:

**CLAIM ONE (1):**  EEOC Appeal Number: 2025001054, EEOC Hearing Number: 540-2022-
00168X and DCMA Agency Case Number: P2-21-0023 _

**A & B** --

**A:** For calendar years from 2016 through 2020, the Complainant's first-level Supervisor
(Supervisor) and the Deputy Commander unlawfully discriminated and refused to non-
competitively promote the Complainant into a Pricing Supervisor position while other peers of the
Complainant were promoted non-competitively; and

**B:** On January19, 2021snf March 4, 2021, the First Line Supervisor and the Deputy Commander
unlawfully discriminated and issued the Complainant a Proposed Letter of Reprimand and a

Letter of Reprimand, respectively, citing conduct unbecoming of a Federal Employee when the Complainant did not commit any act unbecoming of a Federal Employee. These two (2) corrupt Agency management officials allegedly did everything to intentionally discriminate and damage the Complainant's career when the Complainant performed exemplary and received all OUTSTANDING performance appraisals for 14 consecutive years serving the warfighter, the taxpayer and ALL military customers (Space Force, Air Force, Navy, Army). The Plaintiff has evidence showing OUTSTANDING annual performance appraisals for all 14 years from 2010 to 2023. No performance appraisals were issued for year 2024 nor year 2025 (effective date of termination once again was February 1, 2025).

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                    ____ different terms and conditions of employment

__X__ failure to promote                ____ failure to accommodate disability

____ termination of employment          ____ retaliation

__X__ other: (*please specify*) ___ unlawful discrimination resulting in bogus issuance of letter of reprimand


Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

__X__ race            ____ religion        ____ national origin        ____ age

__X__ color           ____ sex            ____ disability            __X__ retaliation

Supporting facts: Refer to the Formal Complaint (**Attachment 1**) and the comments noted above for **CLAIM ONE (1)**.

**CLAIM TWO (2):** EEOC Appeal Number: 2025001055, EEOC Hearing Number: 541-2023-00022X and DCMA Agency Case Number: P6-22-0042

On May 6, 2022, Complainant became aware he was not selected for a vacant Supervisory Contract Price/Cost Analyst (Pricing Supervisor) position, (NOTE: for age discrimination purposes, year of birth of Complainant is 1963). Multiple officials strategized, retaliated, and conspired against the Complainant by executing deliberate unlawful, evil, and corrupt discriminatory practices throughout the non-selection hiring process against the Complainant. Because of the blatant discrimination, DCMA (the Agency) hired the Selectee who was a complete incompetent unqualified official who only lasted three months as the new Supervisor before departing DCMA and obtaining a non-supervisory position with another Federal Agency.

4

The conduct complained of in this claim involves the following: (*check all that apply*)

__X__ failure to hire ____ different terms and conditions of employment

__X__ failure to promote ____ failure to accommodate disability

____ termination of employment __X__ retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

X_ race ____ religion ____ national origin __X__ age

__X__ color __X__ sex (male) ____ disability __X__ retaliation

      Supporting facts: Refer to the Formal Complaint (**Attachment 2**) and the comments noted above for **CLAIM TWO (2).**

**CLAIM THREE (3):** **EEOC Appeal Number: 2025001056, EEOC Hearing Number: 541-2023-00023X and DCMA Agency Case Number: P7-22-0029**

On February 27, 2022, Complainant became aware that Agency was evil and discriminatory subjecting him to a hostile working environment by secretively requisitioning an unidentified employee who threatened him in a discriminatory manner with a snake placed within the Complainant's office work station area while management officials and employees laughed with great humor and thought it was no big deal not knowing a person in fear of snakes could have suffered a heart attack. In addition, the Agency conspired to retaliate against the Complainant due to Complainant filing EEO complaint (refer to CLAIM ONE (1) noted above). All participants with the evil discriminatory act of the snake were unlawful, extra evil and corrupt throughout the snake discrimination act executed against the Complainant for simply exercising his lawful Civil Rights.

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire ____ different terms and conditions of employment

____ failure to promote ____ failure to accommodate disability

____ termination of employment __X__ retaliation

___X___ other: (*please specify*) ___Discriminatory hostile work environment___

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

X   race          ___ religion          ___ national origin          ___ age

X   color          X   sex (male)          ___ disability          X   retaliation

      Supporting facts: Refer to the Formal Complaint (**Attachment 3**) and the comments noted above for **CLAIM THREE (3).**

**CLAIM FOUR (4):** EEOC Appeal Number: 2025001057, EEOC Hearing Number: 540-2023-00237X and DCMA Agency Case Number: P9-23-0009

**A, B & C --**

**A:** On October 11, 2022, the Acting First Line Supervisor (the same Supervisor that allegedly committed the discrimination and retaliation for CLAIM ONE (1) maliciously threatened the Complainant (via October 11, 2022, email message in writing) stating that the Complainant filing another EEO complaint is threatening. This discriminatory act by the Supervisor is Classic retaliation and is 100% in violation of Title VII of the Civil Rights Act of 1964 which allows ALL employees the RIGHT to file employment discrimination based on EEO discrimination and retaliation. The Acting First Level Supervisor (the same Supervisor that discriminated against Complainant in CLAIM ONE) directly threatened and intentionally attempted to force the Complainant to NOT file any additional EEO discrimination complaints because the Complainant had previously filed EEO discrimination cases (refer to CLAIM ONE (1), CLAIM TWO (2) and CLAIM THREE (3), noted above).

**B:** On November 30, 2022, the Complainant was notified that a previously known vacant Sub-team Pricing Supervisor position would be appointed to another Supervisor instead of the vacant Supervisor position being competed which was a discriminatory act to specifically deny the Complainant another equal opportunity to compete for a vacant Pricing Supervisor position. The Complainant was fully aware of the vacant supervisory position based on written inquiry communications conducted previously by the Complainant with the Supervisor or hiring official for the vacant position. Further, this vacant Supervisory position resulted because the previous Selectee departed DCMA after serving the Supervisory position for only three (3) months (refer to CLAIM TWO for further details, as noted above). Next, in addition to being denied an equal employment opposrtunity , the Acting First Line Supervisor notified the Complainant that his workload would be increasing due to another six (6) team members located within the states of Georgia and Florida in addition to seven (7) team members Complainant was already leading within the states of Colorado, California and Washington.

C:  Also on November 30, 2022, a Director within the Cost and Pricing Center lied and notified the Complainant that the Union for DCMA employees had been notified and concurred with the Sub-team Supervisor's appointed position; however, the Complainant's found this to be a lie based on the independent investigation Complainant conducted with Union officials who revealed that they had absolutely NO knowledge of the corrupt appointment of the Sub-team Supervisor position.  Another discrimination resulted because the Complainant was denied another promotional opportunity to be selected for a Pricing Supervisor position.    Several Agency officials were eliberately unlawful, evil, and corrupt throughout the discrimination acts executed strategically against the Complainant.

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                         ____ different terms and conditions of employment

__X__ failure to promote                  ____ failure to accommodate disability

____ termination of employment          __X__ retaliation

__X__ other: (*please specify*)  __An Acting Supervisor maliciously threatened the Complainant in writing in a discriminatory manner, specifically stating the Complainant to NOT file any further EEO discrimination complaint.__

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

__X__ race                  ____ religion            ____ national origin          __X__ age

__X__ color                 ____ sex                ____ disability              __X__ retaliation

        Supporting facts: Refer to the Formal Complaint (**Attachment 4**) and the comments noted above for **CLAIM FOUR (4).**

**CLAIM FIVE (5): DCMA Agency Case Number: PC-25-0014**

**A, B, C, D, E and F  --**

A: To start with, two (2) CLAIMS (claims A. and B.) were wrongfully dismissed allegedly by the DCMA EEO Director **followed by three (3) CLAIMS (claims C, D and E) which were accepted by the DCMA EEO Director.** The first dismissed claim was an evil retaliatory act that occurred during during the calendar year 2023, the Agency (several officials collaborated and strategized) to submit multiple false allegations against the Complainant to the Defense Counterintelligence and Security Agency (DCSA).  Allegedly, the officials include but are not i limited to the Mr. Ralph Tremaglio, DCMA General Counsel, Mr. Jorge Bennett, DCMA

7

Executive Director, Cost Pricing Center (CPC) and Mr. Clifford Allen, Associate Counsel official, along with other officials to be identified via discovery. These officials are all alleged to be responsible and accountable for the unlawful extreme EVIL discriminatory and retaliatory acts executed against the Complainant resulting in the Agency wrongful termination. The Agency executive management officials aforementioned conducted unlawful retaliation by purposely submitting multiple false / bogus 'retaliatory' EEO related claims against the Complainant to the Defense Counterintelligence and Security Agency (DCSA). This is evidenced because during the DCSA Hearing with the DCSA, the DCSA questioned the Complainant on numerous EEO related matters including being asked if I identified any DCMA officials as racist individuals, the comments and documents which the Complainant obtained evidence detailing the corrupt retaliatory acts conducted and submitted to the DCSA by DCMA officials. The harm and discrimination suffered by the Complainant was obvious because the DCSA utilized the EEO related comments, and and directly questioned the Complainant during the DCSA Hearing resulting in the DCSA believing all of the false DCMA submitted EEO related allegations. Because of the DCMA retaliatory acts, the Complainant received 100% INJUSTICE from the DCSA particularly when there were NO new items within the Complainant's last granted security clearance in November 2020, other than the DCMA official's submittal of false EEO related allegations in writing. The Agency officials responsible for the unlawful retaliatory acts should ALL be sent to federal prison IMMEDIATELY for the rest of their lives due to their excessive harmful corrupt and discriminatory unlawful practices against the Complainant. This claim included within CLAIM FIVE (5) item A was inappropriately dismissed by the DCMA EEO Director because the Agency allegedly wanted to cover up the unlawful practices (committed by multiple Agency executive management officials submitting false EEO related allegations to the DCSA against the Complainant). These corrupt officials that took part in the corrupt evil discriminatory and retaliatory acts allegedly include the DCMA General Counsel Mr. Ralph Tremaglio, other executive DCMA officials as well as Associate Attorney, Mr. Clifford Allen.

**B:** Next, the dismissed CLAIM for B is another claim that was also alleged to be inappropriate for dismissal by the DCMA EEO Director. Additional evil 'retaliatory' acts allegedly committed unlawfully by the Agency, occurred from September 14, 2023, to April 20, 2024. Specifically, Ms. Mary Sheridan, DCMA Deputy Director, Cost and Pricing Center (CPC) is alleged to have wrongfully placed the Complainant on paid administrative leave when no such action (the administrative leave) should have ever occurred because of the corrupt evil retaliatory acts the Complainant learned late in calendar year 2024 while researching and investigating all of the corrupt retaliatory and discriminatory acts executed against the Complainant. However, once again, the DCMA EEO Director is alleged to have dismissed this claim to cover up the unlawful practices committed by the DCMA executive management officials.

**C:** Next, from April 20, 2024, to February 1, 2025 (effective date of the wrongful termination from the Agency), a DCMA Pricing Director of the Cost and Pricing Center (CPC) named Ms. LeeAnn Engle, race (White), discriminated unlawfully and wrongfully placed the Complainant

8

on Leave Without Pay.

**D:**  Next, on January 17, 2025, Ms. Engle (mentioned above) discriminated against the Complainant by issuing the Complainant with a 'Notice of Decision to Remove -- NDR' (only 7 days rather than the normal DCMA policy of 20 calendar days to respond to the NPR). Due primarily to the holidays, the Complainant received the Proposed Notice to Remove (PNR) on January 10, 2025; however, Ms. Engle discriminated against the Complainant issuing the NDR only 7 days after the Complainant notified the Ms. Katherine Hancock (a Supervisory Contract Price/Cost Analyst who reports to Ms. Engle) in writing regarding the receipt of the NPR issued by Ms. Hancock on January 10, 20-25.  Consequently, Ms. Engle denied the Complainant the opportunity (standard Agency policy) to respond to the NPR within the required 20 calendar days.  The Agency discriminated against the Complainant's by not allowing him to respond to the PNR via the Agency's 20-calendar days' policy.

**E:** On January 28, 2025, the Complainant became aware that Ms. Engle did not provide support to the Complainant regarding the removal of 66 hours of Use or Lose annual leave after Complainant notified the improper removal of the 66 hours related to his Leave and Earning Statement for Pay Period ending January 25, 2025.  Me. Engle discriminated against the Complainant because approximately one year earlier late 4th quarter 2023, Ms. Engle did provide support for another round of mistakes the Agency made regarding Use or Lose annual leave hours.

**F:** As discussed above, the Complainant learned late in calendar year 2024 (4th quarter 2024) that prior to August 2023, several corrupt DCMA officials including but not limited to Mr. Ralph Tremaglio, DCMA General Counsel, Office of General Counsel, Mr. Jorge Bennett, DCMA Executive Director, CPC, Ms. Mary Sheridan, DCMA Deputy Director, CPC, Mr. Clifford Allen, DCMA Associate Counsel, Office of General Counsel, Ms. LeeAnn Engle, Pricing Director, CPC, and other unidentified corrupt DCMA officials, collaboratively planned, strategized, and some of these officials allegedly submitted false EEO allegations to the DCSA to resulting in the revocation of the Complainant's security clearance, and Agency wrongful termination thereafter.

The conduct complained of in this claim involves the following: (*check all that apply*)

    ____ failure to hire          ____ different terms and conditions of employment

    ____ failure to promote         ____ failure to accommodate disability

    __X__ termination of employment     __X__ retaliation

    ____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

X___ race        ___ religion        ___ national origin        ____ age

     X___ color        ___ sex        ___ disability

       Supporting facts: Refer to the Formal Complaint (**Attachment 5**) and the comments noted above for **CLAIM FIVE (5).**

In summary, the five (5) claims noted above actually represent a total of 12 different abusive discriminatory and/or retaliatory evil and corrupt acts which the Complainant was harmed excessively and severely understanding that two (2) of the 12 discriminatory / retaliatory were inappropriately and wrongfully dismissed by the DCMA EEO Director 'allegedly' to cover up the corrupt practices by DCMA executive management officials and others.

**E.     ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

       X___ Yes (***You must attach a copy of the administrative charge to this complaint***)

       ___ No

1) For **CLAIM ONE (1)**, please refer to **Attachment 1** for a copy of the formal complaint filed with the Federal Agency (DCMA) EEO Office, and submitted to the EEOC.
2) For **CLAIM TWO (2)**, please refer to **Attachment 2** for a copy of the formal complaint filed with the Federal Agency (DCMA) EEO Office, and submitted to the EEOC.
3) For **CLAIM THREE (3)**, please refer to **Attachment 3** for a copy of the formal complaint filed with the Federal Agency (DCMA) EEO Office, and submitted to the EEOC.
4) For **CLAIM FOUR (4)**, please refer to **Attachment 4** for a copy of the formal complaint filed with the Federal Agency (DCMA) EEO Office, and submitted to the EEOC.
5) For **CLAIM FIVE (5)**, please refer to **Attachment 5** for a copy of the formal complaint filed with the Federal Agency (DCMA) EEO Office.

Have you received a notice of right to sue? (*check one*)

       X___ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

       ___ No

1) For **CLAIMS ONE (1), TWO (2), THREE (3) and FOUR (4)**, please refer to **Attachment 6** for a copy of the notice to file Civil Action (a.k.a, Sue).
2) For **CLAIM FIVE (5)**, please refer to **Attachment 7** for a copy of the notice to file Civil Action (a.k.a., Sue).
3)

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

*F – REQUEST FOR RELIEF – In addition to all DCMA officials (identified above with CLAIM FIVE (5) F) that should all be sent to Federal Prison, based on their 'alleged' wrongful and corrupt discriminatory and retaliatory evil acts, the following provides monetary for each of the five (5) EEO Claims listed above as the Complainant needs to recover all the financial consequence and harm retroactively and lost indefinite future compensation the Complainant and his family has experienced for multiple years, including years 2023, 2024, 2025, 2026.*

1) *CLAIM ONE (1) -- Maximum statutory compensation.*
2) *CLAIM TWO (2) -- Maximum statutory compensation.*
3) *CLAIM THREE (3) -- Maximum statutory compensation.*
4) *CLAIM FOUR (4) -- Maximum statutory compensation.*
5) *CLAIM FIVE (5) -- Maximum statutory compensation.*

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**Additional Item from the Complainant:**

## H. REQUEST PERMISSION FOR THE COURT TO APPOINT AN ATTORNEY –

The Complainant respectfully request permission from the Court (the United States District

Court for the District of Colorado), to appoint an Attorney because the Complainant cannot pay any legal fees of an Attorney since the Complainant has not received any employment compensation since April 20, 2024 (approximately 9 ½ months prior to the date of his wrongful termination, effective February 1, 2025. The Complainant has suffered significant financial hardship due to the Agency's wrongful termination when multiple unlawful DCMA officials conspired and allegedly committed corrupt, evil, unlawful and discriminatory & retaliatory acts against the Complainant by submitting false EEO related allegations to the DCSA resulting in the Complainant's revocation of his secret security clearance and wrongful termination thereafter by the Agency.  For these reasons, the Complainant respectfully asks the Court to appoint the Complainant with an Attorney free of any legal fees.  If not, Pro Se is the only choice that remains for the Complainant to pursue and obtain JUSTICE.

_Reynald M. Clemons_                ReyNALd M. Clemons
(Plaintiff's signature)

_May 7, 2026_
(Date)

(Revised February 2022)